BENJAMIN COOPER, Appellant, v. PAULINE STONE et al., Respondents.—

Nolan, P. J. Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

VINCENT J. COSTANZO, Respondent, v. PAUL SCHWEDLER, Appellant.—

Defendant's motion to dismiss was made some 15 months after the joinder of issue. In opposition to the motion, plaintiff submitted only the affidavit of his attorney stating that a bill of particulars and a note of issue had just been served. No affidavit setting forth the merits of the action was submitted; and no attempt was made to explain or justify the delay or to show that it was not unreasonable. In our opinion, upon such a showing there was no basis for the exercise of discretion to deny the motion to dismiss. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LOUIS B. DAVIDOW et al., Respondents, v. CELE WEISS et al., Appellants, et al., Defendant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.